**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:25-CR-160** |
| | ) | |
| **ERIC J. WILLIAMS** | ) | |

**ORDER**

Application for leave of absence has been requested by Makeia R. Jonese, Assistant United States Attorney, for September 8 through September 11, 2026, inclusive; October 27 through October 30, 2026; November 12, 13, 25, and 27, 2026; and December 28, 2026, in the above-referenced case.

The above and foregoing request for leave of absence is approved.

So ORDERED this 20th day of August 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA